IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON


JEREMY C. DOTSON,
:
      Petitioner,
:
    vs.                          Case No. 3:09cv046
:
TIMOTHY BRUNSMAN, WARDEN,      JUDGE WALTER HERBERT RICE
:
      Respondent.

---

DECISION AND ENTRY ADOPTING INITIAL (DOC. #3) AND SUPPLEMENTAL (DOC. #5) REPORTS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE; PETITIONER'S OBJECTIONS TO SAID JUDICIAL FILINGS (DOCS. #4 AND #6) OVERRULED; JUDGMENT TO ENTER IN FAVOR OF RESPONDENT AND AGAINST PETITIONER, DISMISSING THE PETITION FOR WRIT OF HABEAS CORPUS, WITH PREJUDICE, AS BARRED BY THE APPLICABLE STATUTE OF LIMITATIONS AND AS PROCEDURALLY DEFAULTED; LEAVE TO APPEAL *IN FORMA PAUPERIS* DENIED; CERTIFICATE OF APPEALABILITY DENIED; TERMINATION ENTRY

---

      Pursuant to the reasoning and citations of authority set forth by the United States Magistrate Judge in his Initial (Doc. #3) and Supplemental (Doc. #5) Reports and Recommendations, as well as upon a thorough *de novo* review of this Court's file and the applicable law, said Reports and Recommendations are adopted in their entirety. The Petitioner's Objections to said judicial filing (Docs. #4 and #6) are overruled. The Petition for Writ of Habeas Corpus is dismissed, with prejudice, as

barred by the applicable statute of limitations and as procedurally defaulted.

Given that any appeal from this Court's Decision herein would be <u>objectively</u> frivolous, this Court denies leave to appeal *in forma pauperis*.  Moreover, given that Petitioner has failed to make a substantial showing of a denial of a constitutional right and that reasonable jurists would not disagree with the Court's conclusion herein, Petitioner is denied a Certificate of Appealability.

The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

|  |  |
|---|---|
| March 30, 2009 | /s/ Walter Herbert Rice<br>WALTER HERBERT RICE<br>UNITED STATES DISTRICT JUDGE |

Copies to:

George A. Katchmer, Esq.